QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Natalie Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> NATALIE WILLIAMS,  ) <br> ) <br> Defendant.  ) <br> _____) | No. CR S-05-260 LKK <br><br><br><br><br> **PROPOSED ORDER** |

        The above captioned matter came on for status conference on July 12, 2005 at 9:30 a.m.  The government was represented by Assistant United States Attorney Mary Grad, standing in for Assistant United States Attorney Matthew Segal.  Defendant Williams was represented by Federal Defender Quin Denvir.  The parties requested that the status conference be continued to August 9, 2005 at 9:30 a.m. and the Court so ordered.  The parties need additional time in which to discuss a possible resolution of the case.  The parties agreed that time should be excluded through August 9, 2005 under Local Code T-4 and the Court so ordered.

DATED: July 15, 2005       /s/Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
                                       Senior United States District Judge