MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATALIE WILLIAMS, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. CR. S-05-260 LKK <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |

The parties request that the status conference in this case be continued from August 9, 2005 to August 16, 2005, and stipulate that the time beginning August 9, 2005 and extending through August 16, 2005 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, the parties are working towards a plea resolution in this case, but need first to evaluate certain information relevant to sentencing.  The parties stipulate and agree that the interests of justice served by

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
United States Attorney

DATE: August 4, 2005        By:    /s/ Matt Segal
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney

DATE: August 4, 2005                /s/ Quin Denvir
                                   QUIN DENVIR
                                   Attorney for Natalie Williams

**SO ORDERED.**

DATE: August 4, 2005
                                   /s/Lawrence K. Karlton
                                   HON. LAWRENCE K. KARLTON
                                   U.S. District Judge

2