```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )    CASE NO. S 05-260 LKK
                                 )
11             Plaintiff,        )
                                 )    STIPULATION AND ORDER TO
12       v.                      )    CONTINUE STATUS CONFERENCE
                                 )    AND EXCLUDE TIME
13  NATALIE WILLIAMS,            )
                                 )
14             Defendant.        )
    _____)
15
```

16      The parties request that the status conference in this case
17 be continued from August 16, 2005 to September 7, 2005, and
18 stipulate that the time beginning August 16, 2005 and extending
19 through September 7, 2005 should be excluded from the calculation
20 of time under the Speedy Trial Act.  The parties stipulate that
21 the ends of justice are served by the Court excluding such time,
22 so that counsel for the government and the defendant may have
23 reasonable time necessary for effective preparation, taking into
24 account the exercise of due diligence.  18 U.S.C. §
25 3161(h)(8)(B)(iv).  Specifically, the parties are working towards
26 a plea resolution in this case, but need first to evaluate
27 certain information relevant to sentencing.  The parties
28 stipulate and agree that the interests of justice served by

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

<pre>
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: August 12, 2005        By:   /s/ Matt Segal
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney


DATE: August 12, 2005              /s/ Quin Denvir
                                   QUIN DENVIR
                                   Attorney for Natalie Williams


                                   **SO ORDERED.**

DATE: August 15, 2005
                                   /s/Lawrence K. Karlton
                                   HON. LAWRENCE K. KARLTON
                                   U.S. District Judge
</pre>