QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Natalie Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR S-05-260 LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **AMENDED STIPULATION** |
| NATALIE WILLIAMS, ) | **AND ORDER** |
| ) | |
| Defendant. ) | |
| _____) | |

      ized Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew D. Segal, and defendant Natalie Williams, by her counsel, Federal Defender Quin Denvir, hereby stipulate and agree that defendant should be released on her own recognizance. Defendant has an outstanding warrant in Sacramento County Case No. 05M04228, and there is a detainer on her. Defendant has not yet been arraigned on that case nor appointed counsel. The parties have agreed that Ms. Williams should be released on her own recognizance so that she can be taken into state custody, arraigned, and have counsel appointed. The parties request that she be released
/////

1

on her own recognizance, with the condition that she surrender to the United States Marshal as soon as she is released from state custody.

```
                                Respectfully submitted,

                                MACGREGOR SCOTT
                                United States Attorney


DATED: August 15, 2005          /s/ Quin Denvir
                                Telephonically authorized to sign for
                                MATTHEW D. SEGAL
                                Assistant U. S. Attorney



DATED:  August 15, 2005         /s/ Quin Denvir
                                QUIN DENVIR
                                Federal Defender
```

**O R D E R**

WHEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that defendant Natalie Williams be released on her own recognizance, subject to the condition that as soon as she is released from state custody in Sacramento County Case No. 05M04228, she shall surrender herself to the United States Marshal.

DATED: August 15, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/williams0260.stipord

U.S. v. Natalie Williams
CR S-05-260 LKK
Stip/Proposed Order                 2