QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Natalie Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                          )<br>           Plaintiff,     )<br>                          )<br>      v.                  )<br>                          )<br> NATALIE WILLIAMS,        )<br>                          )<br>           Defendant.     )<br>_____) | No. CR S-05-260 LKK<br><br><br><br><br>**STIPULATION AND ORDER** |

        Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew D. Segal, and defendant Natalie Williams, by her counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for September 7, 2005 should be continued to Tuesday, September 20, 2005, at 9:30 a.m.  The parties further stipulate that time should be excluded under Local Code T-4 through September 20, 2005.  The

/ / / / /

/ / / / /

/ / / / /

1

government has proposed a plea agreement and counsel needs time in which to discuss it with his client.

```
                                Respectfully submitted,

                                MACGREGOR SCOTT
                                United States Attorney


DATED: September 6, 2005        /s/ Quin Denvir
                                Telephonically authorized to sign for
                                MATTHEW D. SEGAL
                                Assistant U. S. Attorney



DATED:  September, 2005         /s/ Quin Denvir
                                QUIN DENVIR
                                Federal Defender
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED.

```
DATED:  September 6, 2005       /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                Senior United States District Judge
```

U.S. v. Natalie Williams
CR S-05-260 LKK
Stip/Proposed Order                2