1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
12              Plaintiff,
13        v.                          CR. NO. S-05-260 LKK
14  NATALIE V. WILLIAMS,
15              Defendant.
                                   /
16  UNITED STATES OF AMERICA,
17              Plaintiff,
18
          v.                          CR. NO. S-05-479 GEB
19
    DENNIS KINKLE,                    RELATED CASE ORDER
20
                Defendant.
21                                 /

22      Examination of the above-entitled criminal actions reveals
23  that the two (2) actions are related within the meaning of Local
24  Rule 83-123, E.D. Cal. (1997).  The actions arise out of the same
25  transaction or series of transactions, and would therefore entail
26  a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rules 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-05-479 GEB be, and the same hereby is, reassigned to Judge Lawrence K. Karlton for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-05-479 LKK.

A Status Conference is now set in the case of <u>United States v. Kinkle</u>, CR. S-05-479 LKK, on December 6, 2005 at 9:30 a.m. in Courtroom No. 4.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED:  November 17, 2005.

<u>/s/Lawrence K. Karlton</u>
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT