QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Natalie Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>   v.<br>NATALIE WILLIAMS,<br>            Defendant. | CR S-05-0260 LKK<br><br>**REQUEST FOR APPOINTMENT OF NEW COUNSEL AND ORDER** |

       Defendant Natalie Williams hereby requests that the appointment of the Office of the Federal Defender be terminated and that Quin Denvir be appointed as her counsel.  Mr. Denvir has been handling the case since the Office was appointed by the Court.  He will be retiring from the Office as of December 31, 2005.  Defendant would like the appointment of the Office terminated and Mr. Denvir appointed as her new counsel, effective January 1, 2006.

December 16, 2005                     Respectfully submitted,


                                      /s/ Quin Denvir
                                      QUIN DENVIR
                                      Attorney for Natalie Williams


    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: December 19, 2005              /s/ Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
                                      Senior, United States District Judge

1