PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Natalie V. WILLIAMS |
| **Docket Number:** | 2:05CR00260-01 |
| **Offender Address:** | Carmichael, California |
| **Judicial Officer:** | Honorable Lawrence K. Karlton<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 02/22/2006 |
| **Original Offense:** | 18 USC 472 - Uttering Counterfeit Currency (2 Counts) (CLASS C FELONIES) |
| **Original Sentence:** | 36 months probation; $200 special assessment; $20 restitution. |
| **Special Conditions:** | Warrantless search and seizure; Financial disclosure; Financial restrictions; Drug and alcohol treatment; Drug and alcohol testing; Mental health treatment; Co-payment plan; Submit to the collection of DNA. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 02/22/2006 |
| **Assistant U.S. Attorney:** | Matthew D. Segal     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Quin Denvir     **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

Sheila John
Supervising United States Probation Officer
District of Northern California
450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102-3434

Rev. 04/2005
PROB12A1.MRG

RE:   Natalie V. WILLIAMS
      Docket Number:   2:05CR00260-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

**RE:   Natalie V. WILLIAMS**
  **Docket Number:   2:05CR00260-01**
  **REPORT OF OFFENDER NON-COMPLIANCE**

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   ILLICIT DRUG USE (February 22, 2006; April 18, 2006)**

**Details of alleged non-compliance:**  On February 22, 2006, the offender submitted a urine test which tested positive for the presence of amphetamine/methamphetamine and marijuana.  On April 18, 2006, the offender submitted a urine test which tested positive for the presence of marijuana.

**United States Probation Officer Plan/Justification:**  The offender has been admonished that any further drug use will result in a return to Court.  The offender's first positive drug test was on the same day she was placed on probation and her second positive drug test was at her initial meeting with this officer.  As a result of these positive drug tests, the offender will be drug tested six times a month and placed in drug and alcohol counseling.  At this time, this officer is requesting no action be taken by the Court.

Respectfully submitted,

/s/Matthew M. Faubert

**MATTHEW M. FAUBERT**
**United States Probation Officer**
Telephone:  (916) 930-4308

RE:     Natalie V. WILLIAMS
        Docket Number:   2:05CR00260-01
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>


DATED:      May 23, 2006
            Sacramento, California
            MMF/cp


REVIEWED BY:     /s/Kyriacos M. Simonidis
                 **KYRIACOS M. SIMONIDIS**
                 **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

[✔]  The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision.

[ ]  Submit a Request for Warrant or Summons.

[ ]  Other:

 **May 25, 2006**                              
**Date**                                    **Signature of Judicial Officer**


cc:     United States Probation
        Matthew D. Segal, Assistant United States Attorney
        Quin Denvir, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)